# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RUIZ,<br><br>              Petitioner,<br><br>      v.<br><br>LARRY SMALL, Warden,<br><br>              Respondent. | Case No. EDCV 09-1701-DDP (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: August 11, 2011

                                                DEAN D. PREGERSON
                                                UNITED STATES DISTRICT JUDGE